File Hashes for IP Address 67.173.65.130

**ISP:** Comcast Cable
**Physical Location: Rolling Meadows, IL**

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/08/2013 22:15:47 | 62ED4092DF29DC764616EAC46077CDFE8FC76D4A | **Erotic Stretching and Sex** |
| 09/08/2013 22:15:25 | 9A35174890888941570D5DA7DF313CA97D55A5C7 | **Girls Love Pink and Diamonds** |
| 08/31/2013 19:51:09 | 418612CDA063819CF12372355DCD2C2573FD0337 | **Truth or Dare** |
| 08/30/2013 06:08:06 | C7F4FD8BDB9089F077C475001B85D0685398EE20 | **I Love James Deen** |
| 08/28/2013 03:00:38 | A86EA62D33195C068D558B1354FBCC2B1A4498D9 | **We Love Ourselves** |
| 08/25/2013 18:45:45 | FA40A6265A9E3D013F8DE51823644B4368C32A34 | **Romantic Memories** |
| 08/25/2013 18:30:18 | 91DC7B1778E4991271119B567B0420D9167F7DD6 | **Alone Is A Dream Left Behind** |
| 08/23/2013 04:19:48 | F0DDABC259253836A28932B365AFB0D1387A1992 | **Dangerous Game** |
| 08/20/2013 03:22:30 | 3D937C124236B90908D5EFC26E0B1E8CE70C74C3 | **Pool Party For Three** |
| 08/20/2013 03:16:22 | D54707E12C75DA136AF89026A733513B521D24AD | **Made for Each Other** |
| 08/19/2013 01:04:44 | 6B3AD6CD8876E455AA4BC7F7A00D5CE42B6415D0 | **Triple Threat** |
| 08/19/2013 00:48:44 | 4842644E88162527E5D4D8B101BCE619983190F4 | **Raw Passion** |
| 08/19/2013 00:37:35 | 48AF98DC246877D8C83DCBC1D67C74A5888FE7B9 | **Malibu Moments Part #2** |
| 08/09/2013 02:57:05 | 3449F4B0F331BCB419B2095D22D108664B9FF776 | **Happy Birthday Capri** |
| 08/09/2013 02:48:15 | 3F7C7C4F47D37B4E8909311852C7D0E36BE5F566 | **Dreams Do Come True** |
| 08/09/2013 02:43:28 | 0FA2BDA6C848491844BD0F03E5E42CE15E76A233 | **Inside Perfection** |
| 08/09/2013 02:41:14 | 794721F9813E280C0205E1C9EA1599A8C02684F5 | **Marry Me** |
| 08/09/2013 02:35:38 | 52384433163FF49D9889FEF54CF044D6ACE6CF4C | **Green Eyes** |
| 07/31/2013 08:13:27 | 143E187F72AE9BA9BC6DB821D56C08C6D7A8805A | **Burning** |
| 07/21/2013 06:36:46 | F2AE7A524E69E847D5569ED020D24AAB265E024E | **Without Words** |
| 07/21/2013 01:41:07 | EEB7AA13A549331DA945B33D9D43D4CE996135CB | **This Side of Paradise** |

EXHIBIT A

NIL140

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/20/2013 18:28:37 | F4447AFBE1714FFA0A2DE1F54E2B1366DD16DE32 | **Everlasting Friendship** |
| 07/20/2013 07:43:20 | 65D34358717190C7A97D1C7A47AAA0498973FC64 | **Girls Night Out** |
| 07/15/2013 01:13:09 | 8E20B318AD304256D4DE718ECB43E7358B18C50F | **First Love** |
| 07/15/2013 01:07:47 | E52F3EF3AE1909D8846DDA073D524E5EC7519895 | **Mad Passion** |
| 07/15/2013 01:03:08 | 99475A57CD275D1771BA64EB1F2DE556EC8FA96D | **Waterfall Emotions** |
| 07/15/2013 00:59:20 | 2AE0DA6BE419E82AC47FC5D6D9C34C4768D66103 | **Heart and Soul** |
| 07/13/2013 06:17:44 | 73463244CC9C53DD76B01EA62A8804F43F7C575E | **Seeing Double** |
| 07/07/2013 22:40:09 | 59DFFA8F94AAF5D1F41B78FA691922726C24AF8F | **Yoga in the Sky** |
| 07/07/2013 22:31:15 | F0C44DD8613E6F0992090655A4300A787984C64A | **A Wonderful World** |
| 07/07/2013 19:19:34 | 212B1F33CDCE38866240D2FEC4A802FEF3C8663A | **Then They Were Three** |

**Total Statutory Claims Against Defendant: 31**

EXHIBIT A

NIL140